**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

STEVEN G. KALAR
*Federal Public Defender*

Fax (510) 637-3507

Telephone (510) 637-3500

FILED
AUG 12 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

August 12, 2015

CR 15-90713 MISC DMR

Hon. Donna M. Ryu
United States Magistrate Judge
Northern District of California
1301 Clay St.
Oakland, CA 94612
Attn.: Ivy Lerma Garcia

Re:   *United States v. Roshanlal Chaganlal*, target of federal investigation

Dear Judge Ryu:

   I am writing to request that Mr. Roshanlal Chaganlal be added to the criminal calendar tomorrow, August 13, 2015, at 9:30 a.m. for appointment of counsel. Mr. Chaganlal received a letter from Assistant United States Attorney Kyle F. Waldinger informing him that he is a target of a federal investigation regarding criminal violations including securities fraud, obstruction of justice and conspiracy.

   Mr. Chaganlal has a related pending civil case and has been representing himself in that case because he cannot afford an attorney. The target letter from AUSA Waldinger suggested that Mr. Chaganlal contact our office for representation in the criminal matter. In addition, I have met with Mr. Chaganlal and filled out a financial affidavit with him. I am confident that he would qualify for appointed counsel in this matter.

Very Truly Yours,

STEVEN G. KALAR
Federal Public Defender

/s/
JOYCE LEAVITT
Assistant Federal Public Defender

cc: Kyle F. Waldinger, AUSA